**Order entered November 14, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00022-CV

### DEEPA CHINTAM A/K/A DEEPA ADEMA, Appellant

### V.

### BHOOMANNA CHINTAM, Appellee

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-15178**

## ORDER

Before the Court is appellant's November 10, 2022 motion requesting an extension of time to file an amended brief following supplementation of the clerk's record. We **GRANT** the motion as follows. We **ORDER** Dallas County District Clerk Felicia Pitre to file, on or before **November 21, 2022**, a supplemental clerk's record containing: "Submission of Letter from S.C. and Request to Reopen Testimony" filed on October 11, 2021.

We **ORDER** appellant to file any amended brief on or before **November 30, 2022**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    BILL PEDERSEN, III
       JUSTICE